**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| KAREN BOLING and JOSEPH BOLING, ) | Civil Action No.: 8:14-cv-02554-GJH |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| ELI LILLY AND COMPANY, an Indiana ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of the Parties' Joint Motion to Enter Scheduling Order, for good cause having been shown, and pursuant to Fed. R. Civ. P. 16, the Court enters the following case scheduling order:

| **EVENT:** | **DEADLINE:** |
|---|---|
| Defendant's initial disclosures | Served |
| Plaintiffs' initial disclosures | February 9, 2015 |
| Close of fact discovery | February 4, 2016 |
| Plaintiff's expert disclosures | March 7, 2016 |
| Defendant expert disclosures | April 6, 2016 |
| Rebuttal disclosures (if any) | April 25, 2016 |
| Expert discovery closes | June 27, 2016 |
| Dispositive motions | August 1, 2016 |

DC: 5604409-1

| | |
|---|---|
| Final pretrial conference | TBD |
| Jury Trial | TBD |

This schedule may be modified for good cause shown.

IT IS SO ORDERED, THIS __15th__ DAY OF __February__, 2015

_____/s/_____
GEORGE JARROD HAZEL
UNITED STATES DISTRICT JUDGE